**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Telephone
415/285-3048 Fax

Attorney for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISE MURRAY, LEZLI VALENTINE, and MARIE HOOD, *pka* THE JAYNETTES,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ORIGINAL SOUND RECORD CO.,<br><br>　　　　Defendant.<br>_____/ | Action Civ. 06-03505 SI<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　For good cause shown, IT IS HEREBY ORDERED that the Case Management Conference in the within action shall be continued from September 1, 2006 until December 8, 2006 at 2:00 p.m.

　　Dated:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

{Draft} Order Continuing CMC