IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE MURRAY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ORIGINAL SOUND RECORD CO,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　/ | No. C 06-03505 SI<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER ACTION TO CENTRAL DISTRICT OF CALIFORNIA; DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS** |

　　　Defendant has filed a motion to transfer venue and a motion to dismiss, both of which are scheduled for a hearing on December 1, 2006. On November 8, 2006, plaintiff filed a statement of non-opposition to defendant's motion to transfer venue to the Central District of California, and filed an opposition to the motion to dismiss. Pursuant to Civil Local Rule 7-1(b), the Court finds the motions appropriate for resolution without oral argument, and VACATES the December 1, 2006 hearing.

　　　The Court hereby GRANTS defendant's motion to transfer venue, and TRANSFERS this case to the Central District of California. (Docket No. 9). The Court DENIES defendant's motion to dismiss without prejudice to renewal in the transferee court. (Docket No. 7).

　　　**IT IS SO ORDERED.**

Dated: November 9, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge